IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CIVIL ACTION |
| | : | |
| METROPOLITAN STEEL INDUSTRIES, INC. | : : : | |
| | : | NO. 16-5392 |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 12th day of January 2017, upon consideration of Appellees' Motion to dismiss (ECF Doc. No. 7), the Iron Workers' Opposition (ECF Doc. No. 12), Appellees' Reply (ECF Doc. No. 13), and respective Joinders (ECF Doc. Nos. 8, 14, 16), and for reasons in the accompanying Memorandum, it is **ORDERED** Appellees' Motion to dismiss (ECF Doc. No. 7) is **GRANTED**. The Clerk of Court shall **close** this appeal.

_____
KEARNEY, J.